IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PATRICK WILSON, | ) | |
| AIS #281910, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 13-00133-KD-C |
| | ) | |
| CAPTAIN JOE PETISE, *et al.*, | ) | |
|     Defendants. | ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation (Doc. 8) to which objection (Doc. 9) is made, the Report and Recommendation (Doc. 8) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 10, 2014, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED without prejudice** as malicious and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

Final judgment in accordance with this Order and Federal Rule of Civil Procedure 58 shall issue by separate document.

**DONE** and **ORDERED** this the **27th** day of **June 2014**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**